UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 10-4782(DSD/SER)

Mehdi Hadjdjelloul,

        Plaintiff,

v.                                          **ORDER**

Global Machinery Company and
Lowe's Home Centers, Inc.,

        Defendants.

    This matter is before the court sua sponte following the October 31, 2011, order directing plaintiff Mehdi Hadjdjelloul to show cause why this action should not be dismissed for failure to prosecute the claim. Hadjdjelloul was directed to respond in writing by November 14, 2011. To date, Hadjdjelloul has filed no response.

    "District courts have inherent power to dismiss sua sponte a case for failure to prosecute ...." Sterling v. United States, 985 F.2d 411, 412 (8th Cir. 1993) (citations omitted). Under Federal Rule of Civil Procedure 41(b), "a district court may, on its own motion, dismiss an action for the plaintiff's failure to comply with any court order, and such dismissal operates as an adjudication on the merits." Am. Inmate Paralegal Assoc. v. Cline, 859 F.2d 59, 61 (8th Cir. 1988) (per curiam) (citing Brown v. Frey,

806 F.2d 801, 803 (8th Cir. 1986)).  Accordingly, **IT IS HEREBY ORDERED** that the case is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated:  November 18, 2011

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court